**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| UTHAIWAN WONG-OPASI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0482 |
| ) | Judge Trauger |
| HOLLAND EMPLOYMENT, ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

**O R D E R**

On March 27, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that the defendant's Motion to Dismiss be granted. (Docket No. 12) The plaintiff has filed Objections (Docket No. 13) and her Affidavit (Docket No. 14). Nothing in these two documents undermines or weakens the basis for the Magistrate Judge's recommendation. The plaintiff merely complains that she has been unable to secure the assistance of counsel and remarks that the court never granted or denied her "Notice of Temporary Absence" (Docket No. 8). First, the federal courts in this district do not recognize "Notices of Absence" filed by lawyers or parties, despite the fact that this procedure exists in some other districts. Second, as explained in the Report and Recommendation, the amount of time requested by the plaintiff has long passed, and she still has failed to respond to discovery.

For the reasons expressed herein, the Objections of the plaintiff are **OVERRULED**. The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein and herein, the Motion to Dismiss filed by the defendant (Docket No. 9) is **GRANTED,** and this case is **DISMISSED** pursuant to Rule 41(b), FED. R. CIV. P., for failure to prosecute.

It is so **ORDERED.**

Enter this 11th day of April 2006.

_____
ALETA A. TRAUGER
U.S. District Judge